Submitted on remand from the Oregon Supreme Court March 11, conviction affirmed; remanded for resentencing March 31, 1993

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT DEAN DAVIS,
*Appellant.*

(91C-20370; CA A71158)

848 P2d 662

Sally L. Avera, Public Defender, and Steven V. Humber, Deputy Public Defender, Salem, for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, Timothy A. Sylwester, Assistant Attorney General, and Mary H. Williams, Assistant Attorney General, Salem, for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Conviction affirmed; remanded for resentencing. *State v. Haydon,* 116 Or App 347, 842 P2d 410 (1992).